D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
GIANLUCA RIZZO, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

APPLIED OPTOELECTRONICS, INC.,
CHIH-HSIANG (THOMPSON) LIN, and
STEFAN J. MURRY,

      Defendants.
---------------------------------------------------------x

Civil Action No. 2:17-cv-05313-LDW-AYS

<u>CLASS ACTION</u>

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 18 2017 ★

LONG ISLAND OFFICE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, its claims against defendants Applied Optoelectronics, Inc., Chih-Hsiang (Thompson) Lin and Stefan J. Murry. No defendant in the action has served either an answer or a motion for summary judgment; and a class has not been certified in this action.

DATED: October 17, 2017

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARY K. BLASY

     */s/ Samuel H. Rudman*
     SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mblasy@rgrdlaw.com

SO ORDERED.

Dated: Central Islip, N.Y.
   10/18/17

s/ Leonard D. Wexler

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
FrankJ@johnsonfistel.com

JOHNSON FISTEL, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)
Scott@johnsonfistel.com

*Attorneys for Plaintiff*